

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00360-CV

| | | |
|---|---|---|
| Mark Lesher and Rhonda Lesher | § | From the 348th District Court |
| v. | | |
| | § | of Tarrant County (348-235791-09) |
| Charlie Doescher, Pat Doescher, Apache Iron Metal & Auto Salvage, Inc. d/b/a Apache Truck & Van Parts, Gerald Coyel (aka Jerry Coyel) in his individual capacity and d/b/a Apache Truck & Van Parts, and Shannon Coyel | § | October 10, 2013 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Mark Lesher and Rhonda Lesher shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston